USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIANNA O. ROSAS,

Plaintiff,

-against-

KEITH S. RINALDI, P.C., RINALDI TAX INC., and KEITH S. RINALDI,

Defendants.

No. 26-CV-1314 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

As set forth in the Court's October 1, 2026 Opinion and Order (ECF No. 24), an evidentiary hearing is necessary to resolve the factual dispute concerning the sufficiency of service of process. Accordingly, the Court will hold an evidentiary hearing on December 9, 2026, from 2:00 p.m. to 4:00 p.m. The hearing will take place at the United States Courthouse, Southern District of New York, 300 Quarropas Street, White Plains, New York in Courtroom 218. To the extent the parties intend to rely on documents pursuant to a stipulation, such stipulation must be in writing.

Dated: October 13, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge